**SULAIMAN LAW GROUP, LTD.**
Alejandro E. Figueroa (State Bar No. 332132)
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181 x120
Facsimile: (630) 575-8188
Email: alejandrof@sulaimanlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER G. DEBEM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CREDIT CONSULTING SERVICES, INC.,<br><br>　　　　Defendant. | Case No.  5:21-cv-09257-VKD<br><br>**MOTION FOR ENTRY OF DEFAULT** |

**To the Clerk of the U.S. District Court for the Northern District of California**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff PETER G. DEBEM, requests that the Clerk enter the default of Defendant, CREDIT CONSULTING SERVICES, INC., for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of Alejandro E. Figueroa, Esq. attached hereto.

Dated: December 28, 2021

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/ Alejandro E. Figueroa
　　　　　　　　　　　　　　　　　　　　Alejandro E. Figueroa, Esq.
　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*
　　　　　　　　　　　　　　　　　　　　Sulaiman Law Group, Ltd.
　　　　　　　　　　　　　　　　　　　　2500 South Highland Avenue, Suite 200
　　　　　　　　　　　　　　　　　　　　Lombard, IL 60148
　　　　　　　　　　　　　　　　　　　　Telephone: (630) 575-8181 x120
　　　　　　　　　　　　　　　　　　　　Facsimile: (630) 575-8188
　　　　　　　　　　　　　　　　　　　　alejandrof@sulaimanlaw.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for Plaintiff, certifies that on December 28, 2021, he caused a copy of the foregoing PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT, to be served on all parties of record via CM/ECF, electronic mail and by U.S. Certified mail to the following addresses:

Credit Consulting Services, Inc.
201 John Street, Suite E
Salinas, California 93901

Credit Consulting Services, Inc.
c/o Registered Agent
Rodney Lynn Meeks
201 John Street, Suite E
Salinas, California 93901

Respectfully submitted,

s/ Alejandro E. Figueroa