**SULAIMAN LAW GROUP, LTD.**
Alejandro E. Figueroa (State Bar No. 332132)
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181 x120
Facsimile: (630) 575-8188
Email: alejandrof@sulaimanlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER G. DEBEM,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT CONSULTING SERVICES, INC.,<br><br>Defendant. | Case No.  5:21-cv-0957-VKD |

## AFFIDAVIT FOR ENTRY OF DEFAULT

1. I am the attorney for Plaintiff, Peter G. Debem, in the case captioned above.

2. On December 6, 2021, Haley Kruithoff, a process server, served Credit Consulting Services, Inc.'s ("Defendant") Office Manager, Rodney Meeks, with a copy of Summons and Complaint. [Dkt No. 7].

3. To date, Defendant has not filed any responsive pleadings to Plaintiff's Complaint nor sought an extension.

4. Defendant's deadline to file a responsive pleading to Plaintiff's Complaint has expired.

5. To the best of my knowledge, Defendant is not an infant, not in the military and not an incompetent person.

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>s/ Alejandro E. Figueroa</u>
*Counsel for Plaintiff*